SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>            Plaintiff,<br><br>    vs.<br><br><br>Iqbal S. Chohan, et al,<br><br><br><br>            Defendants | Case No.: CIV.S 09-cv-02044-JAM-JFM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF BARBARA GORMLEY MORGAN AND  ORDER**<br><br><br>Complaint Filed:  JULY 24, 2009<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANT** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Barbara Gormley Morgan) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to remain open with remaining Defendants.  Defendant (Barbara Gormley Morgan) is dismissed because this Defendant is deceased.

Dated: September 11, 2009               /s/Scott N. Johnson_____
                                        SCOTT N. JOHNSON
                                        Attorney for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com

1 | **IT IS SO ORDERED**.
2 |
3 | Dated: September 11, 2009                              /s/ John A. Mendez
  |                                                        UNITED STATES DISTRICT JUDGE
4 |
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-09-02044-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com