SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff,<br><br>  vs.<br><br>Iqbal S. Chohan, et al<br><br>    Defendants | Case No. **2:09-cv-02044-JAM-JFM**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL NOVEMBER 6, 2009 FOR DEFENDANT IQBAL S. CHOHAN INDIVIDUALLY AND D/B/A SERVO GASOLINE TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Iqbal S. Chohan Individually and d/b/a Servo Gasoline, by and through their respective attorneys of record, Scott N. Johnson; Wazhma A. Mojaddidi, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

1. An extension of time has been previously obtained for Defendant Iqbal S. Chohan Individually and d/b/a Servo Gasoline until October 7, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Iqbal S. Chohan Individually and d/b/a Servo Gasoline is granted an extension until November 6, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Iqbal S. Chohan Individually and d/b/a Servo Gasoline's response will be due no later than November 6, 2009.

IT IS SO STIPULATED effective as of October 7, 2009

Dated:  October 7, 2009         /s/Wazhma A. Mojaddidi__
                                Wazhma A. Mojaddidi,
                                Attorney for Defendant
                                Iqbal S. Chohan
                                Individually and d/b/a
                                Servo Gasoline

PDF created with pdfFactory trial version www.pdffactory.com

```
Dated:  October 7, 2009              /s/Scott N. Johnson  ____
                                     Scott N. Johnson,
                                     Attorney for Plaintiff
```

**IT IS SO ORDERED:** that Defendant Iqbal S. Chohan Individually and d/b/a Servo Gasoline shall have until November 6, 2009 to respond to complaint.

```
Dated: October 14, 2009      /s/ John A. Mendez_____
                             United States District Judge
```

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

PDF created with pdfFactory trial version www.pdffactory.com