SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff,<br><br>  vs.<br><br>Iqbal S. Chohan, et al<br><br>    Defendants | Case No. **2:09-cv-02044-JAM-JFM**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL DECEMBER 15, 2009 FOR DEFENDANT IQBAL S. CHOHAN INDIVIDUALLY AND D/B/A SERVO GASOLINE TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Iqbal S. Chohan Individually and d/b/a Servo Gasoline, by and through their respective attorneys of record, Scott N. Johnson; Wazhma Aziza Mojaddidi, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

1. An extension of time has been previously obtained for Defendant Iqbal S. Chohan Individually and d/b/a Servo Gasoline until November 6, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Iqbal S. Chohan Individually and d/b/a Servo Gasoline is granted an extension until December 15, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Iqbal S. Chohan Individually and d/b/a Servo Gasoline's response will be due no later than December 15, 2009.

IT IS SO STIPULATED effective as of November 18, 2009

Dated:  November 18, 2009          /s/Wazhma Aziza Mojaddidi
                                   Wazhma Aziza Mojaddidi,
                                   Attorney for Defendant
                                   Iqbal S. Chohan
                                   Individually and d/b/a
                                   Servo Gasoline

PDF created with pdfFactory trial version www.pdffactory.com

Dated:   November 18, 2009          /s/Scott N. Johnson _____

                                    Scott N. Johnson,

                                    Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendant Iqbal S. Chohan Individually and d/b/a Servo Gasoline shall have until December 15, 2009 to respond to complaint.

Dated: November 19, 2009

                                    /s/ John A. Mendez_____

                                    U. S. District Court Judge

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

PDF created with pdfFactory trial version www.pdffactory.com