1  CATHERINE M. CORFEE, SBN 155064
   CORFEE STONE & ASSOCIATES
2  5441 Fair Oaks Blvd., Suite B-1
   Carmichael, CA 95608
3  Telephone: (916) 487-5441
   Facsimile: (916) 487-5440
4
   Attorneys For Defendant,
5  John F. Gormley

6

7  SCOTT N. JOHNSON, SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
   5150 FAIR OAKS BLVD., SUITE 101
8  PMB #253
   CARMICHAEL, CA 95608-5758
9  TELEPHONE (916) 485-3516
   FAX (916) 481-4224
10
   Attorney for Plaintiff Scott N. Johnson
11

12
                       UNITED STATED DISTRICT COURT
13
                       EASTERN DISTRICT OF CALIFORNIA
14

15

| | |
|---|---|
| SCOTT N. JOHNSON, | Case No.: 2:09-cv-02044-JAM-JFM |
| Plaintiff, | **STIPULATION AND ORDER RE REQUEST FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS AND/OR STATUS CONFERENCE TO DETERMINE SETTLEMENT AND THE DELAY BY DEFENDANT IQBAL S. CHOHAN IN EXECUTING SUCH** |
| v. | |
| IQBAL S. CHOHAN, INDIVIDUALLY AND DBA SERVO GASOLINE; BARBARA GORMLEY MORGAN, INDIVIDUALLY AND AS TRUSTEE OF THE BARBARA GORMLEY MORGAN SEPARATE PROPERTY TRUST; JOHN F. GORMLEY, | |
| Defendants. | |
| JOHN F. GORMLEY, | |
| Cross-Claimant, | |

1
STIPULATION AND PROPOSED ORDER RE REQUEST FOR ADDITIONAL TIME TO FILE
DISPOSITIONAL DOCUMENTS AND/OR STATUS CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |
|---|---|
| v. | ) |
|   | ) |
| IQBAL S. CHOHAN, INDIVIDUALLY AND DBA SERVO GASOLINE, | ) ) |
|   | ) |
| Cross-Defendant. | ) |

Plaintiff, Scott N. Johnson, and Defendant, John F. Gormley by and through their respective attorneys of record (Scott N. Johnson and Catherine M. Corfee) are in position to execute the settlement agreement. Counsel for co-Defendant, Iqbal S. Chohan has approved the settlement agreement but has ignored several emails and correspondence to obtain her client's signature and cashier's check (agreed upon) upon dismissal of the complaint. Therefore, Plaintiff Scott Johnson and Defendant John F. Gormley request another extension of time until April 4, 2011 to file dispositional documents for this case and/or a required status conference requiring the attendance of Ms. Mojaddidi for purposes of determining settlement.. Plaintiff and Defendants are in the process of finalizing a settlement agreement and need a 30 day grace period.

IT IS SO STIPULATED:


Dated: March 11, 2011                    DISABLED ACCESS PREVENTS INJURY, INC.



                                         By: /s/Scott Johnson
                                             SCOTT JOHNSON
                                             Attorney for Plaintiff

///

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: March 10, 2011 | CORFEE STONE & ASSOCIATES |

        By: <u>/s/Catherine Corfee, Esq.</u>
            CATHERINE M CORFEE, ESQ.
            Attorney for Defendant
            John F. Gormley

## ORDER

IT IS HEREBY ORDERED THAT all the parties named in this action shall file dispositional documents no later than April 4, 2011.

Date:  3/14/2011

        <u>/s/ John A. Mendez</u>
        Judge of the United States District Court

PDF created with pdfFactory trial version www.pdffactory.com